# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **v.** | * | **Case No. 8:17-CR-00466-2-PWG** |
| **STEPHANIE TWYMAN** | * | |

******

## ORDER APPOINTING COUNSEL

The above entitled individual having been found to be financially unable to obtain counsel and may be entitled to appointment of counsel under the Criminal Justice Act,

**IT IS HEREBY ORDERED**, this 20th day of July, 2018, that

Roy Austin Jr. is hereby appointed to represent the individual.

/s/
_____

Paul W Grimm
UNITED STATES DISTRICT JUDGE

1