# ATTACHMENT A

## STIPULATION OF FACTS

*The undersigned parties stipulate and agree that if this case had proceeded to trial, this Office would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter proceeded to trial.*

Between at least 2011 and continuing through April 2013, in the District of Maryland and elsewhere, **STEPHANIE TWYMAN** ("**TWYMAN**") knowingly conspired with **Devell Lincoln** ("**Lincoln**"), **Krystal Proctor** ("**Proctor**"), **Rosa Cruz-Araujo** ("**Cruz**"), and others (collectively "the coconspirators") to fraudulently obtain tax refund checks that the United States Department of Treasury issued ("refund checks"), and therefore conspired to and did steal public money from the federal government.

As part of the scheme to steal public money, the coconspirators unlawfully obtained the names and Social Security numbers of unemployed individuals ("the victims"). The coconspirators then used those names and Social Security numbers to file false Forms 1040 (federal income tax returns) with the Internal Revenue Service ("IRS") to generate fraudulent refund checks. On the fraudulent tax returns, the coconspirators directed the IRS to mail the fraudulent refund checks to addresses, and on some occasions into bank accounts, that the coconspirators controlled. **TWYMAN** and her coconspirators knew that the unlawfully-obtained names and Social Security numbers that the coconspirators used for the purpose of filing false returns and obtaining fraudulent refunds belonged to real people.

The federal income tax returns that the coconspirators prepared and filed using the victims' identities falsely reported that the victims operated Schedule C businesses, were entitled to the Earned Income Tax Credit, and had certain dependents. To prepare the false tax returns, the coconspirators used tax return templates. Because the coconspirators used templates to prepare the fraudulent tax returns, many returns displayed the exact same false information with the exception of the victims' names, Social Security numbers, addresses, and dependent information. As described below, law enforcement found one such template in **TWYMAN**'s bedroom, which the coconspirators used to prepare and file 198 false returns.

When the coconspirators filed the fraudulent tax returns using the victims' identities, the IRS mailed the corresponding tax refund checks (that were payable to the victims) to addresses that the coconspirators controlled. Once the coconspirators obtained physical possession of the refund checks, some of the refund checks were brought to **TWYMAN**'s residence.

At **TWYMAN**'s residence, the conspiracy's runners (i.e., coconspirators who were responsible for cashing the refund checks) collected those refund checks. **TWYMAN** directed those runners to negotiate the checks at Company A—a check cashing business in Maryland. **Proctor** and **Cruz** were tellers at Company A who knowingly cashed fraudulent refund checks for **TWYMAN** and the other coconspirators. **TWYMAN** arranged for the runners to cash the fraudulent refund checks when **Proctor** or **Cruz** were working at Company A. When the runners

cashed the fraudulent refund checks, **Proctor** and **Cruz** posted the negotiated checks to accounts at Company A that belonged to Company A's clients, but who were not associated with the victims or the fraudulent refund checks. Once the runners cashed the refund checks through **Proctor** or **Cruz**, the runners brought the stolen refund money to **TWYMAN**, who paid the teller—i.e., **Proctor** or **Cruz**—who cashed the fraudulent refund checks.

For example, on February 24, 2013, one of the coconspirators filed a false 2011 federal income tax return using Individual 1's stolen name and Social Security number. The tax return included a Schedule C falsely reporting that Individual 1 operated a hair care business that earned $15,500 in gross receipts. The 2011 tax return that was filed using Individual 1's stolen name and Social Security number also falsely reported that Individual 1 was entitled to a $4,894 refund from the IRS. Based on the false line items in the tax return, the IRS mailed a $4,894 refund check payable to Individual 1 ("the Individual 1 refund check") to an address in Clinton, Maryland that the coconspirators controlled.

On April 12, 2013, in the District of Maryland, **TWYMAN** contacted **Proctor** to arrange for **Lincoln** to negotiate the Individual 1 refund check at Company A. In turn, **Proctor** arranged for **Cruz** to assist **Lincoln** with the negotiation of the Individual 1 refund check at Company A. **TWYMAN** informed **Lincoln** of the time at which he was to take the Individual 1 refund check to Company A and cash the check.

Thereafter, **Lincoln** obtained the Individual 1 refund check, which displayed Individual 1's name and forged signature (and otherwise displayed sufficient information to definitively identify Individual 1 as the intended payee of the check). **Lincoln** then took the Individual 1 refund check to Company A, cashed the check through **Cruz**, and provided some of the proceeds to **TWYMAN**. With the stolen proceeds, **TWYMAN** paid **Proctor**, who thereafter paid **Cruz**. Individual 1 never authorized anyone to file a tax return using Individual 1's identity, cash the Individual 1 refund check, or forge Individual 1's signature. **TWYMAN** and her coconspirators knew that Individual 1 was a real person.

On May 17, 2013, federal agents executed a search warrant on **TWYMAN**'s residence in Maryland. In **TWYMAN**'s bedroom, agents found handwritten notes containing victims' personal identifying information ("PII"), identification cards that belonged to the conspiracy's victims, and a template tax return that the coconspirators used to file 198 fraudulent tax returns. In the kitchen of **TWYMAN**'s residence, agents found copies of several fraudulently-obtained tax refund checks. In the Mercedes parked in front of **TWYMAN**'s residence, agents found a letter from the IRS to one of the conspiracy's victims.

Foreseeably to **TWYMAN** and in furtherance of the conspiracy, **TWYMAN** and her coconspirators requested more than $550,000 in fraudulent tax refunds from the IRS, caused an actual loss to the IRS of at least $566,261, and used the stolen identities of 10 or more victims to file false tax returns and negotiate the corresponding fraudulent refund checks.

SO STIPULATED:

*[signature]*
Gregory Bernstein
Assistant United States Attorneys
William Guappone
Trial Attorney
United States Department of Justice

*[signature]*
Stephanie Twyman
Defendant

*[signature]*
Roy Austin, Esq.
Lauren Snyder, Esq.
Counsel for Defendant

12